UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **U.S. Bank National Association, as Trustee, in Trust for Registered Holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF18** | **CIVIL ACTION NO:** |
| **Plaintiff** | **COMPLAINT** |
| vs. | **RE:** <br> **19 Pine Street, Norway, ME 04268** |
| **Erin K. Colby and Jacob N. Colby** | **Mortgage:** <br> **October 26, 2006** <br> **Book 4037, Page 242** <br> **Oxford County Registry of Deeds** |
| **Defendants** <br> **U.S. Bank National Association, successor trustee to Bank of America N.A. as successor Trustee to Lasalle Bank, N.A. as Trustee for the Holders of the First Franklin Mortgage Loan Trust, Mortgage loan Asset-Backed Certificates, Series 2007-FFA;** <br> **And** <br> **Portfolio Recovery Associates** | |
| **Party-In-Interest** | |

NOW COMES the Plaintiff, U.S. Bank National Association, as Trustee, in Trust for Registered Holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF18, by and through its attorneys, Doonan, Graves & Longoria, LLC, and hereby complains against the Defendants, Erin K. Colby and Jacob N. Colby, as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this action pursuant 28 U.S.C. § 1332(a)(1) (Diversity) because the Plaintiff and Defendants are citizens of different states and the matter in controversy exceeds the sum or value of seventy-five thousand and 00/100 ($75,000.00) dollars, exclusive of interest and costs. Any Court of the United States, upon the filing of

an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought under 28 U.S.C. § 2201.

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because the object of this litigation is a Note executed under seal currently owned and held by U.S. Bank National Association, as Trustee, in Trust for Registered Holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF18, in which the Defendants, Jacob N. Colby and Erin K. Colby, are the obligor and the total amount owed under the terms of the Note is One Hundred Two Thousand Eight Hundred Ninety and 01/100 ($102,890.01) Dollars, plus attorney fees and costs associated with the instant action; thus, the amount in controversy exceeds the jurisdictional threshold of seventy-five thousand ($75,000.00) dollars.

3. Venue is properly exercised pursuant to 28 U.S.C. §1391(b)(2) insofar as all or a substantial portion of the events that give rise to the Plaintiff's claims transpired in Maine and the property is located in Maine.

## PARTIES

1. U.S. Bank National Association, as Trustee, in Trust for Registered Holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF18 is a National Association formulated under the Laws of the United States of America with its principal (and main) place of business located at 800 Nicollet Mall, Minneapolis, Minnesota.

2. First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF18 is located at 250 Vesey Street. 4 World Financial Center, 10th Floor, New York, NY. 10080.

4. The Defendant, Erin K. Colby, is a resident of Norway, County of Oxford and State of Maine.

5. The Defendant, Jacob N. Colby, is a resident of Norway, County of Oxford and State of Maine.

6. The Party-in-Interest, Portfolio Recovery Associates, is located at c/o Corporation Service Company, 45 Memorial Circle, ME 04330.

7. The Party-in-interest U.S. Bank National Association, Successor Trustee to Bank of America, N.A. Successor by Merger to Lasalle Bank, N.A. Trustee for the holders of the Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset Backed Certificates series 2006-FF18 is located at 800 Nicollet Mall, Minneapolis, Minnesota.

## FACTS

8. On October 20, 2006, by virtue of a Warranty Deed from Michael B Dailey and Sarah B Dailey, which is recorded in the Oxford County Registry of Deeds in **Book 4037, Page 240**, the property situated at 19 Pine Street, City/Town of Norway, County of Oxford, and State of Maine, was conveyed to Jacob N. Colby and Erin K. Colby, being more particularly described by the attached legal description. *See* Exhibit A (a true and correct copy of the legal description is attached hereto and incorporated herein).

9. On October 26, 2006, Defendants, Jacob N. Colby and Erin K. Colby, executed and delivered to First Franklin a Division of National City Bank a certain Note under seal in the amount of $103,200.00. *See* Exhibit B (a true and correct copy of the Note is attached hereto and incorporated herein).

10. To secure said Note, on October 26, 2006, Defendants, Erin K. Colby and Jacob N. Colby, executed a Mortgage Deed in favor of Mortgage Electronic Registration Systems, Inc, as Nominee for First Franklin a division of National City Bank, securing the property located

at 19 Pine Street, Norway, ME 04268 which Mortgage Deed is recorded in the Oxford County Registry of Deeds in **Book 4037**, **Page 242**. *See* Exhibit C (a true and correct copy of the Mortgage is attached hereto and incorporated herein).

11. The Mortgage was further assigned to U.S. Bank National Association, as Trustee in trust for registered holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates series 2006-FF18 by virtue of a Quitclaim Assignment dated February 10, 2021 and recorded in the Oxford County Registry of Deeds in **Book 5588**, **Page 702**. *See* Exhibit D (a true and correct copy of the Quitclaim Assignment is attached hereto and incorporated herein).

12. On June 16, 2009, the Defendants, Jacob N. Colby and Erin K. Colby, executed a Modification Agreement which adjusted the principal amount of the Note to $101,207.37 (herein after referred to as the "Modification Agreement"), which acknowledged the enforceability of both the Note and Mortgage as of that date by that holder. That enforceability remains effective as of today's date by the Plaintiff and provides the Plaintiff with standing in this foreclosure and sale action. *See* Exhibit E (a true and correct copy of the Loan Modification is attached hereto and incorporated herein).

13. On September 16, 2011, the Defendants, Jacob N. Colby and Erin K. Colby, executed a Home Affordable Modification Agreement which adjusted the principal amount of the Note to $97,612.05 (herein after referred to as the "Loan Modification"), which acknowledged the enforceability of both the Note and Mortgage as of that date by that holder. That enforceability remains effective as of today's date by the Plaintiff and provides the Plaintiff with standing in this foreclosure and sale action. *See* Exhibit F (a true and correct copy of the Home Affordable Modification is attached hereto and incorporated herein)

14. On March 31, 2014, the Defendants, Jacob N. Colby and Erin K. Colby, executed a second Home Affordable Modification Agreement which adjusted the principal amount of the Note

to $96,159.96 (herein after referred to as the "Home Affordable Modification"), which acknowledged the enforceability of both the Note and Mortgage as of that date by that holder. That enforceability remains effective as of today's date by the Plaintiff and provides the Plaintiff with standing in this foreclosure and sale action. *See* Exhibit G (a true and correct copy of the Loan Modification is attached hereto and incorporated herein)

15. On April 1, 2019, the Defendants, Jacob N. Colby and Erin K. Colby, executed a third Loan Modification Agreement which adjusted the principal amount of the Note to $96,872.20 (herein after referred to as the "Loan Modification"), which acknowledged the enforceability of both the Note and Mortgage as of that date by that holder. That enforceability remains effective as of today's date by the Plaintiff and provides the Plaintiff with standing in this foreclosure and sale action. *See* Exhibit H (a true and correct copy of the Loan Modification is attached hereto and incorporated herein)

16. On October 20, 2022, the Defendants, Erin K. Colby and Jacob N. Colby, were sent a Notice of Mortgagor's Right to Cure, as evidenced by the Certified Mail Tracking Number (herein after referred to as the "Demand Letter"). *See* Exhibit I (a true and correct copy of the Demand Letter is attached hereto and incorporated herein).

17. The Demand Letter informed the Defendants, Erin K. Colby and Jacob N. Colby, of the payment due date, the total amount necessary to cure the default, and the deadline by which the default must be cured, which was thirty-five (35) days from receipt of the Demand Letter. *See* Exhibit I.

18. The Defendants, Erin K. Colby and Jacob N. Colby, failed to cure the default prior to the expiration of the Demand Letter.

19. The Plaintiff, U.S. Bank National Association, as Trustee, in Trust for Registered Holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF18, is the present holder of the Note pursuant to endorsement by the previous holder (if

applicable), payment of value and physical possession of the Note in conformity with 11 M.R.S. § 3-1201, et seq., and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929).

20. The Plaintiff, U.S. Bank National Association, as Trustee, in Trust for Registered Holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF18, is the lawful holder and owner of the Note and Mortgage.

21. The Plaintiff, U.S. Bank National Association, as Trustee, in Trust for Registered Holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF18, hereby certifies that all steps mandated by law to provide notice to the mortgagor pursuant to 14 M.R.S.A. § 6111 and/or Note and Mortgage were strictly performed.

22. U.S. Bank National Association, successor trustee to Bank of America N.A. as successor Trustee to Lasalle Bank, N.A. as Trustee for the Holders of the First Franklin Mortgage Loan Trust, Mortgage loan Asset-Backed Certificates, Series 2007-FFA is a Party-in-interest pursuant to a mortgage originally to Mortgage Electronic Registration Systems as Nominee for First Franklin a division of National City Bank in the amount of $25,800.00 dated October 6, 2006, and recorded in the Oxford County Registry of Deeds in Book 4037, Page 260, assigned to U.S. Bank National Association, successor trustee to Bank of America N.A. as successor Trustee to Lasalle Bank, N.A. as Trustee for the Holders of the First Franklin Mortgage Loan Trust, Mortgage loan Asset-Backed Certificates, Series 2007-FFA by virtue of an Assignment of Mortgage dated May 1, 2012 and recorded in the Oxford County Registry of Deeds in **Book 4860**, **Page 195** and is in second position behind the plaintiff's Mortgage.

23. Portfolio Recovery Associates is a Party-in-Interest pursuant to a Writ of Execution in the amount of $1,284.04 dated August 26, 2016, and recorded in the Oxford County Registry of Deeds in **Book 5457**, **Page 137** and is in third position behind Plaintiff's Mortgage.

24. The total debt owed under the Note and Mortgage as of April 10, 2023 is One Hundred Two Thousand Eight Hundred Ninety and 01/100 ($102,890.01) Dollars, which includes:

| Description | Amount |
|---|---|
| Principal Balance | $94,275.25 |
| Interest | $1,684.03 |
| Unpaid Late Charges | $327.36 |
| Total Advances | $2,282.72 |
| Escrow Advance | $4,260.90 |
| Interest on Advances | $74.75 |
| Unapplied Funds | $-15.00 |
| Grand Total | $102,890.01 |

25. Upon information and belief, the Defendants, Erin K. Colby and Jacob N. Colby, are presently in possession of the subject property originally secured by the Mortgage.

## COUNT I – FORECLOSURE AND SALE

26. The Plaintiff, U.S. Bank National Association, as Trustee, in Trust for Registered Holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF18, repeats and re-alleges paragraphs 1 through 25 as if fully set forth herein.

27. This is an action for foreclosure and sale respecting a real estate related Mortgage and title located at 19 Pine Street, Norway, County of Oxford, and State of Maine. *See* Exhibit A.

28. The Plaintiff, U.S. Bank National Association, as Trustee, in Trust for Registered Holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF18, is the holder of the Note referenced in Paragraph 9 pursuant to endorsement by the previous holder (if applicable) and physical possession of the aforesaid Note in conformity with Title 11, section 3-1201, et seq. of the Maine Revised Statutes and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929). As such, Plaintiff, U.S. Bank National Association, as Trustee, in Trust for Registered Holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-

Backed Certificates, Series 2006-FF18, has the right to foreclosure and sale upon the subject property.

29. The Plaintiff, U.S. Bank National Association, as Trustee, in Trust for Registered Holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF18, is the current owner and investor of the aforesaid Mortgage and Note.

30. The Defendants, Erin K. Colby and Jacob N. Colby, are presently in default on said Mortgage and Note, having failed to make the monthly payment due June 1, 2020, and all subsequent payments, and, therefore, have breached the condition of the aforesaid Mortgage and Note.

31. The total debt owed under the Note and Mortgage as of April 10, 2023 is One Hundred Two Thousand Eight Hundred Ninety and 01/100 ($102,890.01) Dollars.

32. The record established through the Oxford County Registry of Deeds indicates that there are no public utility easements recorded subsequent to the Mortgage and prior to the commencement of these proceedings affecting the mortgaged premises at issue herein.

33. By virtue of the Defendants, Erin K. Colby and Jacob N. Colby's, breach of condition, the Plaintiff hereby demands a foreclosure and sale on said real estate.

34. Notice in conformity with 14 M.R.S.A. § 6111 and/or Note and Mortgage was sent to the Defendants, Erin K. Colby and Jacob N. Colby, on October 20, 2022, evidenced by the Certified Mail Tracking Number. *See* Exhibit I.

35. The Defendants, Erin K. Colby and Jacob N. Colby, are not in the Military as evidenced by the attached Exhibit J.

36. If any Defendant has received a Bankruptcy Discharge of this Debt, the Court should enter an Order finding that this action does not seek any personal liability on the part of that Defendant, but only seeks *in rem* judgment against the property.

## COUNT II – BREACH OF NOTE

37. The Plaintiff, U.S. Bank National Association, as Trustee, in Trust for Registered Holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF18, repeats and re-alleges paragraphs 1 through 36 as if fully set forth herein.

38. On October 26, 2006, the Defendants, Jacob N. Colby and Erin K. Colby, executed under seal and delivered to First Franklin a Division of National City Bank a certain Note in the amount of $103,200.00. *See* Exhibit B.

39. The Defendants, Jacob N. Colby and Erin K. Colby, are in default for failure to properly tender the June 1, 2020 payment and all subsequent payments. *See* Exhibit I.

40. The Plaintiff, U.S. Bank National Association, as Trustee, in Trust for Registered Holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF18, is the proper holder of the Note and is entitled to enforce the terms and conditions of the Note due to its breach by the Defendants, Jacob N. Colby and Erin K. Colby.

41. The Defendants, Jacob N. Colby and Erin K. Colby, having failed to comply with the terms of the Note and Mortgage, are in breach of both the Note and the Mortgage.

42. The Defendants, Jacob N. Colby and Erin K. Colby's, breach is knowing, willful, and continuing.

43. The Defendants, Jacob N. Colby and Erin K. Colby's, breach has caused Plaintiff, U.S. Bank National Association, as Trustee, in Trust for Registered Holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF18, to suffer actual damages, including, but not limited to money lent, interest, expectancy damages, as well as attorney's fees and costs.

44. The total debt owed under the Note and Mortgage as of April 10, 2023, if no payments are made, is One Hundred Two Thousand Eight Hundred Ninety and 01/100 ($102,890.01) Dollars.

45. Injustice can only be avoided by awarding damages for the total amount owed under the Note including interest, plus costs and expenses, including attorney fees.

46. If any Defendant has received a Bankruptcy Discharge of this Debt, the Court should enter an Order finding that this action does not seek any personal liability on the part of that Defendant, but only seeks *in rem* judgment against the property.

### COUNT III – BREACH OF CONTRACT, MONEY HAD AND RECEIVED

47. The Plaintiff, U.S. Bank National Association, as Trustee, in Trust for Registered Holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF18, repeats and re-alleges paragraphs 1 through 46 as if fully set forth herein.

48. By executing, under seal, and delivering the Note, the Defendants, Jacob N. Colby and Erin K. Colby, entered into a written contract with First Franklin a Division of National City Bank who agreed to loan the amount of $103,200.00 to the Defendants. *See* Exhibit B.

49. As part of this contract and transaction, the Defendants, Erin K. Colby and Jacob N. Colby, executed the Mortgage to secure the Note and the subject property. *See* Exhibit C.

50. The Plaintiff, U.S. Bank National Association, as Trustee, in Trust for Registered Holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF18, is the proper holder of the Note and successor-in-interest to First Franklin a Division of National City Bank , and has performed its obligations under the Note and Mortgage.

51. The Defendants, Erin K. Colby and Jacob N. Colby, breached the terms of the Note and Mortgage by failing to properly tender the June 1, 2020 payment and all subsequent payments. *See* Exhibit I.

52. The Plaintiff, U.S. Bank National Association, as Trustee, in Trust for Registered Holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF18, is the proper holder of the Note, and is entitled to enforce the terms and conditions of the Note due to its breach by the Defendants, Jacob N. Colby and Erin K. Colby.

53. The Defendants, Erin K. Colby and Jacob N. Colby, having failed to comply with the terms of the Note and Mortgage, are in breach of contract.

54. The Defendants, Erin K. Colby and Jacob N. Colby, are indebted to U.S. Bank National Association, as Trustee, in Trust for Registered Holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF18 in the sum of One Hundred Two Thousand Eight Hundred Ninety and 01/100 ($102,890.01) Dollars, for money lent by the Plaintiff, U.S. Bank National Association, as Trustee, in Trust for Registered Holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF18, to the Defendants.

55. Defendants, Erin K. Colby and Jacob N. Colby's, breach is knowing, willful, and continuing.

56. Defendants, Erin K. Colby and Jacob N. Colby's, breach has caused Plaintiff, U.S. Bank National Association, as Trustee, in Trust for Registered Holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF18, to suffer actual damages, including, but not limited to money lent, interest, expectancy damages, as well as attorney's fees and costs.

57. The total debt owed under the Note and Mortgage as of April 10, 2023, if no payments are made, is One Hundred Two Thousand Eight Hundred Ninety and 01/100 ($102,890.01) Dollars.

58. Injustice can only be avoided by awarding damages for the total amount owed under the Note and Mortgage, and for money had and received, including interest, plus costs and expenses, including attorney fees.

59. If any Defendant has received a Bankruptcy Discharge of this Debt, the Court should enter an Order finding that this action does not seek any personal liability on the part of that Defendant but only seeks *in rem* judgment against the property.

## COUNT IV –UNJUST ENRICHMENT

60. The Plaintiff, U.S. Bank National Association, as Trustee, in Trust for Registered Holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF18, repeats and re-alleges paragraphs 1 through 59 as if fully set forth herein.

61. First Franklin a Division of National City Bank, predecessor-in-interest to U.S. Bank National Association, as Trustee, in Trust for Registered Holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF18, loaned the Defendants, Jacob N. Colby and Erin K. Colby, $103,200.00. *See* Exhibit B.

62. The Defendants, Erin K. Colby and Jacob N. Colby, have failed to repay the loan obligation.

63. As a result, the Defendants, Erin K. Colby and Jacob N. Colby, have been unjustly enriched to the detriment of the Plaintiff, U.S. Bank National Association, as Trustee, in Trust for Registered Holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF18 as successor-in-interest to First Franklin a Division of National City Bank by having received the aforesaid benefits and money and not repaying said benefits and money.

64. As such, the Plaintiff, U.S. Bank National Association, as Trustee, in Trust for Registered Holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF18, is entitled to relief.

65. If any Defendant has received a Bankruptcy Discharge of this Debt, the Court should enter an Order finding that this action does not seek any personal liability on the part of that Defendant, but only seeks *in rem* judgment against the property.

## PRAYERS FOR RELIEF

WHEREFORE, the Plaintiff, U.S. Bank National Association, as Trustee, in Trust for Registered Holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF18, prays this Honorable Court:

a) Issue a judgment of foreclosure and sale in conformity with Title 14 § 6322;

b) Grant possession to the Plaintiff, U.S. Bank National Association, as Trustee, in Trust for Registered Holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF18, upon the expiration of the period of redemption;

c) Find that the Defendants, Jacob N. Colby and Erin K. Colby, are in breach of the Note by failing to make payment due as of June 1, 2020, and all subsequent payments;

d) Find that the Defendants, Erin K. Colby and Jacob N. Colby, are in breach of the Mortgage by failing to make payment due as of June 1, 2020, and all subsequent payments;

e) Find that the Defendants, Erin K. Colby and Jacob N. Colby, entered into a contract for a sum certain in exchange for a security interest in the subject property;

f) Find that the Defendants, Erin K. Colby and Jacob N. Colby, are in breach of contract by failing to comply with the terms and conditions of the Note and Mortgage by failing to make the payment due June 1, 2020 and all subsequent payments;

g) Find that the Plaintiff, U.S. Bank National Association, as Trustee, in Trust for Registered Holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF18, is entitled to enforce the terms and conditions of the Note and Mortgage;

h) Find that by virtue of the money retained by the Defendants, Erin K. Colby and Jacob N. Colby have been unjustly enriched at the Plaintiff's expense;

i) Find that such unjust enrichment entitles the Plaintiff, U.S. Bank National Association, as Trustee, in Trust for Registered Holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF18, to restitution;

j) Find that the Defendants, Erin K. Colby and Jacob N. Colby, are liable to the Plaintiff, U.S. Bank National Association, as Trustee, in Trust for Registered Holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF18, for money had and received;

k) Find that the Defendants, Erin K. Colby and Jacob N. Colby, have appreciated and retained the benefit of the Mortgage and the subject property;

l) Find that it would be inequitable for the Defendants, Erin K. Colby and Jacob N. Colby, to continue to appreciate and retain the benefit of the Mortgage, Note and subject property without recompensing the appropriate value;

m) Find that the Plaintiff, U.S. Bank National Association, as Trustee, in Trust for Registered Holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF18, is entitled to restitution for this benefit from the Defendants, Erin K. Colby and Jacob N. Colby;

n) Determine the amount due on said Mortgage and Note, including principal, interest, reasonable attorney's fees and court costs and the priority, if any, of other liens upon the subject property;

o) Additionally, issue a money judgment against the Defendants, Erin K. Colby and Jacob N. Colby, and in favor of the Plaintiff, U.S. Bank National Association, as Trustee, in Trust for Registered Holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF18, in the amount of One Hundred Two Thousand Eight Hundred Ninety and 01/100 ($102,890.01 Dollars, the total debt owed under the Note plus interest and costs including attorney's fees and costs (If any Defendant has received a Bankruptcy Discharge of this Debt, the Court should enter an Order finding that this action does not seek any personal liability on the part of that Defendant, but only seeks *in rem* judgment against the property);

p) For such other and further relief as this Honorable Court deems just and equitable.

Respectfully Submitted,
U.S. Bank National Association, as Trustee, in Trust for Registered Holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF18,
By its attorneys,

Dated: May 15, 2023

/s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com